UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HENRY J. WHEELER,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

CASE NO.    C07-5248RBL-KLS

ORDER GRANTING
PLAINTIFF'S APPLICATION TO
PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

    DATED this 25th day of May, 2007.

Karen L. Strombom
United States Magistrate Judge