# United States District Court

WESTERN DISTRICT OF WASHINGTON

HENRY J. WHEELER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5248RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

the ALJ erred in his decision as described in the report; and

the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

| June 16, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

  *s/Caroline M. Gonzalez*
  Deputy Clerk