AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

HENRY J. WHEELER

v.

MICHAEL J. ASTRUE, Commissioner
   of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5248RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $7,071.01 and expenses in the sum of $34.56 pursuant to 28 U.S.C. §2412.

September 23, 2008                          BRUCE RIFKIN
Date                                                Clerk

                                                           *s/CM Gonzalez*
                                                           Deputy Clerk